# Exhibit A



# Service of Process Transmittal

05/26/2020
CT Log Number 537702719

| | |
|---|---|
| **TO:** | Matthew Endlish<br>FEDEX GROUND PACKAGE SYSTEM, INC.<br>1000 FED EX DR<br>MOON TOWNSHIP, PA 15108-9373 |
| **RE:** | **Process Served in Massachusetts** |
| **FOR:** | FedEx Ground Package System, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ERICK HENRIQUE, Pltf. vs. FedEx Ground Package System, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2081CV00950 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Boston, MA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/26/2020 at 09:42 |
| **JURISDICTION SERVED :** | Massachusetts |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/26/2020, Expected Purge Date: 05/31/2020 |
| | Image SOP |
| | Email Notification,  Matthew Endlish  matthew.endlish@fedex.com |
| | Email Notification,  Susan Kernen  isopcomplaints@fedex.com |
| | Email Notification,  LISA SANTUCCI  lisa.santucci@fedex.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / NS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## Commonwealth of Massachusetts

MIDDLESEX, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 20$1CV60950

Henrique, Erik _____, PLAINTIFF(S),

v.

FedEx Ground Package System, DEFENDANT(S)
Inc.



**SUMMONS**

THIS SUMMONS IS DIRECTED TO FedEx Ground Package System Inc. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Middlesex Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a. Filing your signed original response with the Clerk's Office for Civil Business, Middlesex 13 Court, 200 Trademark Lithium MA (address), by mail or in person, **AND**

    b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: Kelly and Associates 83 Atlantic Ave Boston MA 02110

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

A true copy Attest: Joseph P Cussy
_____ Deputy Sheriff Suffolk County

5-26-20

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required Information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20___.

_____
Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____, 20___   Signature: _____

**N.B.   TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

, 20___

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 2081CV00950 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Henrique, Erick vs. FedEx Ground Package System Inc. | | Michael A. Sullivan, Clerk of Court Middlesex County |
| TO: Stephen Semenza, Esq. Kelly and Associates 83 Atlantic Ave Suite 202 Boston, MA 02110 | | COURT NAME & ADDRESS Middlesex County Superior Court - Woburn 200 Trade Center Woburn, MA 01801 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                                    DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 07/14/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 08/13/2020 | |
| All motions under MRCP 12, 19, and 20 | 08/13/2020 | 09/14/2020 | 10/13/2020 |
| All motions under MRCP 15 | 08/13/2020 | 09/14/2020 | 10/13/2020 |
| All discovery requests and depositions served and non-expert depositions completed | 02/09/2021 | | |
| All motions under MRCP 56 | 03/11/2021 | 04/12/2021 | |
| Final pre-trial conference held and/or firm trial date set | | | 08/09/2021 |
| Case shall be resolved and judgment shall issue by | | | 04/15/2022 |

The final pre-trial deadline is not the scheduled date of the conference. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service. This case is assigned to

| DATE ISSUED 04/15/2020 | ASSISTANT CLERK Debra J Newman | PHONE (781)939-2748 |
|---|---|---|

Date/Time Printed: 04-15-2020 11:58:50                                                                    SCV026 08/2018

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT DEPARTMENT
                                                  CIVIL ACTION NO.:

ERICK HENRIQUE, )
 )
    Plaintiff, )
 )
v. )
 )
FEDEX GROUND PACAKGE SYSTEM )
INC. )
 )
    Defendant. )
 )

## COMPLAINT

Now comes the Plaintiff, Erick Henrique, by and through his attorney states as follows:

## PARTIES

1. The Plaintiff, Erick Henrique, is a natural person residing at 16 Nichols Street, Apartment 1, Everett, Massachusetts 02149.

2. The Defendant, FEDEX GROUND PACKAGE SYSTEM INC., is a foreign corporation, organized and existing by virtue of the laws of the State of Delaware, with a principal place of business at 1000 Fedex Drive, Moon Township, PA 15108.

## FACTS

3. This action arises from a personal injury sustained by the Plaintiff which occurred on August 14, 2018 at the FedEx Terminal located at 90 Salem Road, North Billerica, Massachusetts 01862.

4. On August 14, 2018, when the Plaintiff arrived at the terminal, noticed the other drivers and contractors were upset because there were so many packages on the floor, in the building and improperly stacked.

5. On August 14, 2018, the Plaintiff started loading the packages that was on the floor into his truck and sorting them onto the shelves.

6. On August 14, 2018, the Plaintiff after loading the packages from the floor, placed more packages inside his truck to sort them onto the shelves.

7. On August 14, 2018, the Plaintiff lifted a Bed, Bath & Beyond box to place it on the shelf of the truck when the bottom of the box broke open.

8. On August 14, 2018, the Plaintiff put the box outside of his truck and stepped out of the truck.

9. On August 14, 2018, the Plaintiff reached into his truck to retrieve the items that were inside the Bed, Bath & Beyond box which were now on the truck floor.

10. On August 14, 2018, the Plaintiff began putting the items back in the box which consisted of a cast iron pan and a small stack of dish towels.

11. On August 14, 2018, after the Plaintiff placed some of the items, the QA person named George was standing by his truck.

12. On August 14, 2018, in the presence of "George" the QA person, starting putting other small items in the box.

13. On August 14, 2018, the Plaintiff reached for the final item which was wrapped in a light, paper thin Styrofoam sheet which was not see through with his right hand.

14. On August 14, 2018, the Plaintiff, after reaching for the final item, put his hand on it and immediately saw that something was red on the package, lifted his hand up and his

2

wrist started spraying blood over his truck, he then grabbed his right wrist and immediately held it with pressure, screamed an expletive and George, the QA guy ran up to him.

15. On August 14, 2018, George, the QA guy asked the Plaintiff if he was okay, the Plaintiff yelled that he was not and directed him to call 911.

16. On August 14, 2018, the Plaintiff then started running towards the main office, holding his wrist, leaving a trail of blood from his truck to the office.

17. Before arriving at the office, the Plaintiff was asked by the Administrative Secretary was he "okay", the Plaintiff yelled to her "No, Call 911".

18. Once at the office, the Plaintiff yelled for someone to Call 911.

19. On August 14, 2018, the Plaintiff was assisted by 4 individuals who are all First Aid Certified by the Red Cross.

20. Of the 4 people who was there, I remembered Cal Busby who is the P&D Manager who has been with FedEx for over 15 years and has been certified and recertified several times through FedEx Mandatory training program.

21. On August 14, 2018, Cal Busby and Bobby Traywick, another P&D Manager saw the Plaintiff's wound was bleeding profusely.

22. On August 14, 2018, Cal Busby grabbed some paper towels and told the Plaintiff to hold it on the wound and apply pressure.

23. On August 14, 2018, the Paramedics arrived, they immediately put a tourniquet on the Plaintiff's wrist in an attempt to stop bleeding.

24. The Plaintiff was then put in the ambulance.

25. After being in the ambulance for about 3 minutes, the Paramedics came back and were talking to the Managers, Cal Busby and Bobby Traywick when the Paramedics informed

3

the Manager about the Plaintiff bleeding profusely. The Paramedics also stated to the Managers that another 2 minutes of the way the Plaintiff was bleeding, he would have died.

26. On August 14, 2018, the Plaintiff was then transported to Lahey Hospital and they were able to stop the bleeding and then the Plaintiff was transferred to Brigham and Women's Hospital in Boston where they prepped the Plaintiff for surgery which lasted for about 5 hours.

### COUNT ONE – NEGLIGENCE

27. The Plaintiff realleges and reavers the allegations set forth in Paragraph one through twenty-six of this Complaint and incorporates same by reference as if fully stated herein.

28. Plaintiff's injuries were caused by the recklessness, carelessness, and negligence of the Defendant, through its agents, servants, and employees for that, among other acts and omissions, the Defendant:

    a. Improperly managed, maintained, and controlled its packaging in failing to properly handle packaging that caused the Plaintiff's injury;
    b. Failed to warn the Plaintiff, and other persons lawfully on the premises of the dangerous nature of the package, should have known in the exercise of ordinary care, that said warning was necessary to prevent injury to the Plaintiff;
    c. Failed to make reasonable inspection of said package when Defendant knew, or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff and others lawfully on the premises;
    d. Failed to apply proper first aid and
    e. Was otherwise careless and negligent in the operation of its premises.

29. As a direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff:

    a. Suffered serious and painful permanent bodily injuries, great physical pain and mental anguish, and severe and substantial emotional distress;
    b. Was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain, and suffering;
    c. Was, is, and will be precluded from engaging in normal activities and pursuits; and

      d.     Otherwise was hurt, injured, and caused to sustain losses.

30.    All of the Plaintiff's losses were, are, and will be due solely to and by reason of the carelessness and negligence of the Defendant, without any negligence or want of due care on the Plaintiff's part contributing thereto.

**WHEREFORE,** Plaintiff prays judgment against Defendant as follows:

    1.     For medical bills and pain and suffering;

    2.     Loss wages and earning capacity

    3.     For interest and attorneys' fees; and

    4.     For such other and further relief as this Court may deem proper.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES OF FACT.**

Date: April 13, 2020

Respectfully submitted the Plaintiff,
through his attorney,

*/s/ Stephen Semenza*
Stephen Semenza, Esq.
BBO #694745
Kelly & Associates
83 Atlantic Avenue, Suite 202
Boston, MA 02110
(617) 807-0855
stephen@1800lawguys.com