UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

ERICK HENRIQUE,

          Plaintiff,

          No. 1:20-CV-11515-WGY

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

          Defendants.

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT, BRIEF STATEMENT OF DEFENSES, AND DEMAND FOR JURY TRIAL

NOW COMES defendant FedEx Ground Package System, Inc. ("Defendant") by and through its attorneys, Primmer Piper Eggleston & Cramer P.C., and hereby answers Plaintiff's Complaint, sets forth affirmative defenses, and requests a trial by jury as follows:

### PARTIES

1. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

2. Admitted.

### FACTS

3. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph. By way of further response, Defendant admits that Plaintiff was involved in an incident that occurred on August 14, 2018, at the FedEx Ground Package System, Inc. station located at 90 Salem Road, North Billerica, Massachusetts 01862.

4. Denied.

5. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

6. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

7. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

8. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

9. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

10. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

11. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

12. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

13. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

14. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

15. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

16. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

17. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

18. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

19. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

20. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

21. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

22. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

23. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

24. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

25. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

26. Defendant is without sufficient knowledge or information to admit or deny the allegations contained within this paragraph.

## COUNT ONE

27.     Defendant likewise repeats and reasserts its responses to the preceding allegations as if fully restated herein.

28.     Denied.

29.     Denied.

30.     Denied.

The remaining statement within this section represents a prayer for relief to which no response is required or which is otherwise denied.

## AFFIRMATIVE DEFENSES

By way of further responses to Plaintiff's Complaint, Defendant sets forth the following affirmative defenses:

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.      Any alleged injuries or damages sustained by Plaintiff were not proximately caused by any acts or omissions of Defendant or its agents.

3.      Plaintiff has failed to join all persons and/or entities necessary for the just adjudication of this action.

4.      If Plaintiff sustained any damages as alleged in the Complaint, all of which are expressly denied, then such damages were caused by Plaintiff's assumption of the risk, and are not recoverable from Defendant.

5.      If a dangerous or defective condition existed, which is expressly denied, same was open and obvious.

6.      Plaintiff's claims are barred or reduced, in whole or in part, by his failure to mitigate his damages.

7. Plaintiff's damages, if any exist, were caused by independent supervening or intervening actions of Plaintiff and/or third parties for which Defendant is not responsible or liable.

8. Plaintiff's claims are barred or reduced by his own comparative fault.

Defendant reserves the right to amend this answer and list of affirmative defenses.

## JURY TRIAL DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

**FEDEX GROUND PACKAGE SYSTEM, INC.**

by its attorneys,

**PRIMMER PIPER EGGLESTON & CRAMER PC**

Dated: September 8, 2020   /s/ Brendan D. O'Brien
Brendan D. O'Brien
(BBO# 687072)
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH 03105
(603) 626-3300
bobrien@primmer.com

**Certificate of Service**

   I hereby certify that a copy of the foregoing answer was sent this day to counsel for the Plaintiff through the Court's ECF system.

                   /s/ Brendan D. O'Brien
                   Brendan D. O'Brien